IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Johnathan Daniel Gaydos Sr., aka Jonathan D. Gaydos, aka Jonathan Daniel Gaydos, aka Jonathan Gaydos <br> Debtor | BK NO. 16-02992 RNO <br><br> Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of Midland Mortgage as Servicer for MidFirst Bank, as Servicer and index same on the master mailing list.

Re: Loan # Ending In: 4294

Respectfully submitted,

**/s/ Joshua I. Goldman , Esquire __**
Joshua I. Goldman, Esquire
Thomas Puleo, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106-1532
(215) 825-6306  FAX (215) 825-6406
Attorney for Movant/Applicant