THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| **JONATHAN DANIEL GAYDOS, SR A/K/A** | : | BK. No. 5:16-bk-02992-RNO |
| **JONATHAN D. GAYDOS A/K/A JONATHAN** | : | |
| **DANIEL GAYDOS A/K/A JONATHAN GAYDOS** | : | Chapter No. 13 |
| Debtors | : | |
| | : | |
| **ROUNDPOINT MORTGAGE SERVICING** | : | |
| **CORPORATION** | : | |
| Movant | : | 11 U.S.C. §362 |
| v. | : | |
| **JONATHAN DANIEL GAYDOS, SR A/K/A** | : | |
| **JONATHAN D. GAYDOS A/K/A JONATHAN** | : | |
| **DANIEL GAYDOS A/K/A JONATHAN GAYDOS** | | |
| **TINA T. GAYDOS (NON-FILING CO-DEBTOR)** | | |
| Respondents | | |

## AMENDED NOTICE

Notice is hereby given that:

A hearing on the above-referenced matter has been scheduled for:

| | |
|---|---|
| United States Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes-Barre, PA  18701 | Date:  October 14, 2020<br><br>Time:  09:30 AM |

Any objection/response to the above-referenced matter must be filed and served on or before September 30, 2020.

If service was properly made and Respondents fail to file an objection/response by the above-specified date, the Court may determine after review of the Motion that no hearing is required and grant the relief requested.

If a default order has not been signed and entered, the parties or their counsel are required to appear in Court at the hearing on the above date and time.

                                      **PHELAN HALLINAN DIAMOND & JONES, LLP**

September 25, 2020                              /s/ Thomas Song, Esquire
                                                          Thomas Song, Esq., Id. No.89834
                                                           Phelan Hallinan Diamond & Jones, LLP
                                                           1617 JFK Boulevard, Suite 1400
                                                           One Penn Center Plaza
                                                           Philadelphia, PA 19103
                                                           Phone Number: 215-563-7000 Ext 31387
                                                           Fax Number: 215-568-7616
                                                           Email: Thomas.Song@phelanhallinan.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>JONATHAN DANIEL GAYDOS, SR A/K/A JONATHAN D. GAYDOS A/K/A JONATHAN DANIEL GAYDOS A/K/A JONATHAN GAYDOS<br>    Debtors<br><br>ROUNDPOINT MORTGAGE SERVICING CORPORATION<br>    Movant<br>v.<br>JONATHAN DANIEL GAYDOS, SR A/K/A JONATHAN D. GAYDOS A/K/A JONATHAN DANIEL GAYDOS A/K/A JONATHAN GAYDOS<br>TINA T. GAYDOS (NON-FILING CO-DEBTOR)<br>    Respondents | BK. No. 5:16-bk-02992-RNO<br><br>Chapter No. 13<br><br><br><br>11 U.S.C. §362 |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Amended Notice of Motion of **ROUNDPOINT MORTGAGE SERVICING CORPORATION** for Relief from the Automatic Stay and Notice of Hearing by first-class mail or by electronic means on September 28, 2020.

CHARLES J DEHART, III, ESQUIRE (TRUSTEE)
8125 ADAMS DRIVE, SUITE A
HUMMELSTOWN, PA 17036

JASON PAUL PROVINZANO, ESQUIRE
16 W. NORTHAMPTON STREET
WILKES BARRE, PA 18701

UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101

TINA T. GAYDOS
477 PURDYTOWN TURNPIKE
LAKEVILLE, PA 18438-4001

JONATHAN DANIEL GAYDOS, SR
477 PURDYTOWN TPKE
LAKEVILLE, PA 18438-4001

September 28, 2020

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com