# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Jonathan Daniel Gaydos Sr. *aka* Jonathan D. Gaydos, *aka* Jonathan Daniel Gaydos, *aka* Jonathan Gaydos<br>Debtor(s) | BK NO. 16-02992 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of RoundPoint Mortgage Servicing Corporation and index same on the master mailing list.

Respectfully submitted,

**/s/ Rebecca A Solarz, Esquire**
Rebecca A Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322