Certificate Number: 17572-PAM-DE-035942333

Bankruptcy Case Number: 16-02992



17572-PAM-DE-035942333

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 25, 2021, at 3:02 o'clock AM PDT, Jonathan D Gaydos Sr completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date:   August 25, 2021           By:     /s/Leigh-Anna M Thompson

                                      Name:   Leigh-Anna M Thompson

                                      Title:  Counselor