In re:  Case No. 16-02992-MJC

Jonathan Daniel Gaydos, Sr.  Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5    User: AutoDocke    Page 1 of 3
Date Rcvd: Aug 26, 2021    Form ID: 3180W    Total Noticed: 24

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 28, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Jonathan Daniel Gaydos, Sr., 477 Purdytown Tpke, Lakeville, PA 18438-4001 |
| 4813839 | | Foundation Radiology Group, 350 N Orleans St Fl 8, Chicago, IL 60654-1975 |
| 4813833 | | Gaydos Jonathan Daniel Sr, 477 Purdytown Tpke, Lakeville, PA 18438-4001 |
| 4813840 | | Geisinger Health System, PO Box 27727, Newark, NJ 07101-7727 |
| 4813834 | | Law Offices of Jason P Provinzano LLC, 16 W Northampton St, Wilkes Barre, PA 18701-1708 |
| 4859075 | + | Roundpoint Mortgage Servicing Corporation, 5016 Parkway Plaza Boulevard, Suite 200, Charlotte, NC 28217-1930 |
| 4813848 | | Torres Crdit, 27 Fairview St, Carlisle, PA 17015-3200 |
| 4813849 | | Valentine & Kebartas, Inc., PO Box 325, Lawrence, MA 01842-0625 |
| 4813852 | + | Wayne Memorial Hospital Physicians, 601 Park St, Honesdale, PA 18431-1498 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 4813836 | EDI: CAPITALONE.COM | Aug 26 2021 22:53:00 | Cap One NA, PO Box 26625, Richmond, VA 23261-6625 |
| 4823115 | EDI: CAPITALONE.COM | Aug 26 2021 22:53:00 | Capital One, N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 4813837 | EDI: CHASEAUTO | Aug 26 2021 22:48:00 | Chase Auto, PO Box 901003, Fort Worth, TX 76101-2003 |
| 4830499 | EDI: CHASEAUTO | Aug 26 2021 22:48:00 | JPMorgan Chase Bank N.A., National Bankruptcy Department, P.O.Box 29505 AZ1-1191, Phoenix, AZ 85038-9505 |
| 4813841 | EDI: AISMIDFIRST | Aug 26 2021 22:48:00 | Midland Mtg/Midfirst, 999 NW Grand Blvd, Oklahoma City, OK 73118-6051 |
| 4856267 | EDI: PRA.COM | Aug 26 2021 22:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 4824440 | EDI: Q3G.COM | Aug 26 2021 22:48:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 4813844 | EDI: WFFC.COM | Aug 26 2021 22:53:00 | Rymr&flnign, PO Box 94498, Las Vegas, NV 89193-4498 |
| 4813845 | EDI: RMSC.COM | Aug 26 2021 22:53:00 | Syncb/hh Gregg, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 4813846 | EDI: RMSC.COM | Aug 26 2021 22:53:00 | Synchrony Bank, PO Box 960061, Orlando, FL 32896-0061 |
| 4813847 | EDI: CITICORP.COM | Aug 26 2021 22:53:00 | Thd/Cbna, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 4813850 | EDI: VERIZONCOMB.COM | | |

|  |  |  | Aug 26 2021 22:48:00 | Verizon Wireless Bankruptcy Dept, 500 Technology Dr Ste 550, Weldon Spring, MO 63304-2225 |
| --- | --- | --- | --- | --- |
| 4813851 | + | Email/Text: meronem@wmh.org | Aug 26 2021 18:45:00 | Wayne Memorial Hospital, 601 Park St, Honesdale, PA 18431-1498 |
| 4833089 |  | EDI: WFFC.COM | Aug 26 2021 22:53:00 | Wells Fargo Bank, N.A., PO Box 10438, Des Moines, IA 50306-0438 |
| 4813853 |  | EDI: WFFC.COM | Aug 26 2021 22:53:00 | Wells Fargo Financial National Bank, Client Processing-MAC N0003-038, 800 Walnut St, Des Moines, IA 50309-3605 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 4813835 | ## | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 4813838 | ## | Encore Receivable Management, Inc., 400 N Rogers Rd, Olathe, KS 66062-1212 |
| 4813842 | ## | Penn Credit, 916 S 14th St, Harrisburg, PA 17104-3425 |
| 4813843 | ## | Roundpoint Mtg, 5032 Parkway Plaza Blvd, Charlotte, NC 28217-1918 |

TOTAL: 0 Undeliverable, 0 Duplicate, 4 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 28, 2021            Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Jason Paul Provinzano | on behalf of Debtor 1 Jonathan Daniel Gaydos Sr. MyLawyer@JPPLaw.com, G17727@notify.cincompass.com |
| Jerome B Blank | on behalf of Creditor Roundpoint Mortgage Servicing Corporation pamb@fedphe.com |
| Joshua I Goldman | on behalf of Creditor MidFirst Bank josh.goldman@padgettlawgroup.com angelica.reyes@padgettlawgroup.com |
| Mario John Hanyon | on behalf of Creditor Roundpoint Mortgage Servicing Corporation pamb@fedphe.com mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor Roundpoint Mortgage Servicing Corporation bkgroup@kmllawgroup.com |
| Thomas Song | on behalf of Creditor Roundpoint Mortgage Servicing Corporation tomysong0@gmail.com |

Thomas I Puleo      on behalf of Creditor MidFirst Bank tpuleo@kmllawgroup.com bkgroup@kmllawgroup.com

United States Trustee      ustpregion03.ha.ecf@usdoj.gov

TOTAL: 9

| **Information to identify the case:** | | |
|---|---|---|
| Debtor 1 | Jonathan Daniel Gaydos Sr.<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–0340<br>EIN   __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   ____<br>EIN   __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 5:16–bk–02992–MJC | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Jonathan Daniel Gaydos Sr.
aka Jonathan D. Gaydos, aka Jonathan Daniel Gaydos, aka Jonathan Gaydos

**By the court:**

8/26/21

Honorable Mark J. Conway
United States Bankruptcy Judge
By: DaneishaDunbarYancey, Deputy Clerk

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**