## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JONATHAN DANIEL GAYDOS, SR.          Case No.: 5-16-02992-MJC

                                                                                                    Chapter 13

         Debtor(s)

### NOTICE OF FINAL CURE PAYMENT

Pursuant to the Fed. Bankr. Rule 3002.1(f), the Trustee gives Notice that the amount required to cure the pre-petition default in the below claim has been paid in full and the Debtor(s) have completed all payments under the plan.

**PART 1:**                 **MORTGAGE INFORMATION**

| | |
|---|---|
| Creditor Name: | ROUNDPOINT MORTGAGE SERVICING CORP |
| Court Claim Number: | 08 |
| Last Four of Loan Number: | 477 Purdytown - PRE-ARREARS - 6218 |
| Property Address if applicable: | 477 PURDYTOWN TPKE, , LAKEVILLE, PA18438-4001 |

**PART 2:**                 **CURE AMOUNT**

TOTAL CURE DISBURSEMENT MADE BY THE TRUSTEE

| | | |
|---|---|---|
| a. | Allowed prepetition arrearages: | $2,495.29 |
| b. | Prepetition arrearages paid by the Trustee: | $2,495.29 |
| c. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c): | $0.00 |
| d. | Amount of postpetition fees, expenses, and charges recoverable Under Bankruptcy Rule 3002.1(c) and paid by the Trustee: | $0.00 |
| e. | Allowed postpetition arrearage: | $0.00 |
| f. | Postpetition arrearages paid by the Trustee: | $0.00 |
| g. | Total b, d, f: | $2,495.29 |

**PART 3:**                 **POST PETITION MORTGAGE PAYMENT**

Paid direct by the Debtor(s)

Current Monthly Mortgage Payment: $0.00

Next postpetition payment due:

If known, Principal Balance Outstanding: UNKNOWN

**PART 4:**                 **A RESPONSE IS REQUIRED BY BANKRUPTCY RULE 3002.1(g)**

Within 21 days of the service of this Notice, the creditor must file and serve same on debtor, debtor's counsel and trustee, pursuant to Fed. Bankr. Rule 3002.1(g), a statement indicating whether it agrees that the debtor has paid in full the amount required to cure the default, has paid all outstanding post-petition fees, costs or escrow amounts due, and whether, consistent with §1322(b)(5) of the Bankruptcy Code, the debtor is current on all post-petition payments as of the date of this Notice or be subject to further action of the court including possible sanctions.

To assist in reconciling the claim, a history of payments made by the Trustee is attached to copies of this Notice sent to the Debtor and Creditor.

I certify that the information contained herein is true and correct to the best of my knowledge, information and reasonable belief.

Dated: August 30, 2021  Respectfully submitted,

<div style="margin-left: 3em;">

s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com

</div>

Creditor Name: ROUNDPOINT MORTGAGE SERVICING CORP
Court Claim Number: 08

| CLM # | CHECK # | DATE | PRIN PAID | INT PAID | TOTAL DISB |
|---|---|---|---|---|---|
| 5200 | 1202230 | 05/09/2019 | $32.70 | $0.00 | $32.70 |
| 5200 | 1204945 | 07/11/2019 | $186.20 | $0.00 | $186.20 |
| 5200 | 1207797 | 09/26/2019 | $190.60 | $0.00 | $190.60 |
| 5200 | 1208851 | 10/10/2019 | $93.30 | $0.00 | $93.30 |
| 5200 | 1211413 | 12/12/2019 | $186.60 | $0.00 | $186.60 |
| 5200 | 1212771 | 01/16/2020 | $93.30 | $0.00 | $93.30 |
| 5200 | 1214126 | 02/13/2020 | $93.30 | $0.00 | $93.30 |
| 5200 | 1215432 | 03/12/2020 | $93.30 | $0.00 | $93.30 |
| 5200 | 1216710 | 04/14/2020 | $90.00 | $0.00 | $90.00 |
| 5200 | 1218687 | 06/02/2020 | $90.00 | $0.00 | $90.00 |
| 5200 | 1219710 | 07/07/2020 | $90.00 | $0.00 | $90.00 |
| 5200 | 1220755 | 08/12/2020 | $180.00 | $0.00 | $180.00 |
| 5200 | 1221813 | 09/17/2020 | $90.00 | $0.00 | $90.00 |
| 5200 | 1222799 | 10/15/2020 | $91.00 | $0.00 | $91.00 |
| 5200 | 1224577 | 12/10/2020 | $182.00 | $0.00 | $182.00 |
| 5200 | 1226360 | 01/19/2021 | $91.00 | $0.00 | $91.00 |
| 5200 | 1227375 | 02/17/2021 | $91.00 | $0.00 | $91.00 |
| 5200 | 1228401 | 03/17/2021 | $91.00 | $0.00 | $91.00 |
| 5200 | 1229410 | 04/15/2021 | $91.00 | $0.00 | $91.00 |
| 5200 | 2000803 | 05/18/2021 | $94.00 | $0.00 | $94.00 |
| 5200 | 2001794 | 06/16/2021 | $94.00 | $0.00 | $94.00 |
| 5200 | 2002773 | 07/14/2021 | $94.00 | $0.00 | $94.00 |
| 5200 | 2003857 | 08/18/2021 | $66.99 | $0.00 | $66.99 |

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

Re:

JONATHAN DANIEL GAYDOS, SR.     Case No.: 5-16-02992-MJC
Chapter 13

Debtor(s)

# CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on August 30, 2021, I served a copy of this Notice of Final Cure and History of Payments made on the following parties by 1st Class mail, unless served electronically.

| | |
|---|---|
| JASON P PROVINZANO, ESQUIRE<br>LAW OFFICES OF JASON P PROVINZANO LLC<br>16 W NORTHAMPTON STREET<br>WILKES-BARRE PA, 18701-1708 | SERVED ELECTRONICALLY |
| ROUNDPOINT MTG SERVICING<br>5016 PARKWAY PLAZA BLVD<br>SUITE 200<br>CHARLOTTE, NC, 28217 | SERVED BY 1ST CLASS MAIL |
| JONATHAN DANIEL GAYDOS, SR.<br>477 PURDYTOWN TPKE<br>LAKEVILLE, PA 18438-4001 | SERVED BY 1ST CLASS MAIL |

I certify under penalty of perjury that the foregoing is true and correct.

Date: August 30, 2021

s/ Liz Joyce
Jack N. Zaharopoulos
Standing Chapter 13 Trustee
Suite A, 8125 Adams Drive
Hummelstown, PA 17036
Phone: (717) 566-6097
Fax: (717) 566-8313
eMail: info@pamd13trustee.com